PREET BHARARA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   - v. -<br><br>MENASHE GLANZ,<br><br>   Defendant. | SATISFACTION OF JUDGMENT<br><br>11 CR 1068 (PKC)<br><br>JUDGMENT #: 13, 0406<br><br>LIEN #: 2013000265... |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK

[Stamp: U.S. DISTRICT COURT FILED MAY 23 2014 S.D. OF N.Y.]

    Satisfaction is acknowledged between United States of America, plaintiff, and Menashe Glanz, defendant, for the restitution in the amount of $186,501.00, the fine in the amount of $3,000.00 and the special assessment in the amount of $100.00 amounting in all to the sum of $189,601.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 28th day of February 2013.

                                    PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York

                     By: _____
                            KATHLEEN A. ZEBROWSKI
                            Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

    On the 19th day of May 2014, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

CATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 15